IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HALL, | 1:06-CV-1319 OWW SMS HC |
| Petitioner, | |
| vs. | ORDER VACATING ORDER OF OCTOBER 12, 2006 |
| K. MENDOZA-POWERS, Acting Warden, | (DOCUMENT #3) |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 12, 2006, the court ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee. On October 23, 2006, petitioner submitted a letter with the court, providing evidence that he had paid the $5.00 filing fee for this case at the United States District Court in the Central District of California on September 26, 2006. Accordingly, good cause having been provided to the court, and good cause appearing, IT IS HEREBY ORDERED THAT the court's order of October 12, 2006, entitled "Order to Submit Application to Proceed in Forma Pauperis or Filing Fee," is VACATED in its entirety.

IT IS SO ORDERED.

**Dated:   November 2, 2006**            /s/ Sandra M. Snyder
23ehd0                                   UNITED STATES MAGISTRATE JUDGE