UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HALL,<br><br>  Petitioner,<br><br>  v.<br><br>K. MENDOZA-POWERS,<br><br>  Respondent. | 1:06-CV-1319 OWW SMS HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE<br>(DOCUMENT #10) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 29, 2006, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse. IT IS SO ORDERED.

**Dated:   February 20, 2007**          **/s/ Sandra M. Snyder**
23ehd0                                                   UNITED STATES MAGISTRATE JUDGE