1
2
3
4
5
6
7
8
9
10              UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12
JAMES HALL,                              )   1:06-CV-01319 LJO SMS HC
13                                       )
                    Petitioner,          )   ORDER ADOPTING FINDINGS AND
14                                       )   RECOMMENDATION
                                         )   [Doc. #14]
15      v.                               )
                                         )   ORDER DENYING PETITION FOR WRIT
16                                       )   OF HABEAS CORPUS
                                         )
17                                       )   ORDER DIRECTING CLERK OF COURT
K. MENDOZA-POWERS, Acting Warden,        )   TO ENTER JUDGMENT
18                                       )
                    Respondent.          )   ORDER DECLINING TO ISSUE
19  _____)   CERTIFICATE OF APPEALABILITY

20
21          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

22  pursuant to 28 U.S.C. § 2254.

23          On November 15, 2007, the Magistrate Judge issued a Findings and Recommendation that

24  recommended the petition be DENIED with prejudice.  The Magistrate Judge further recommended

25  that the Clerk of Court be DIRECTED to enter judgment.  The Findings and Recommendation was

26  served on all parties and contained notice that any objections were to be filed within thirty (30) days

27  of the date of service of the order.

28          On December 17, 2007, Petitioner filed objections to the Findings and Recommendation. In

1   accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo*

2   review of the case.  The undersigned agrees that while Petitioner has made positive gains in recent

3   years, his prior criminal history and gang activity, both in and out of prison, support the Board's

4   finding that Petitioner continues to pose an unreasonable risk to public safety if released.

5   Accordingly, having carefully reviewed the entire file and having considered the objections, the

6   Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the

7   record and proper analysis, and there is no need to modify the Findings and Recommendations based

8   on the points raised in the objections.

9        A state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a

10   district court's denial of his petition, and an appeal is only allowed in certain circumstances.  Miller-

11   El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).  The controlling statute in determining whether to issue

12   a certificate of appealability is 28 U.S.C. § 2253, which provides as follows:

13       (a) In a habeas corpus proceeding or a proceeding under section 2255 before a
         district judge, the final order shall be subject to review, on appeal, by the court
14       of appeals for the circuit in which the proceeding is held.

15       (b) There shall be no right of appeal from a final order in a proceeding to test the
         validity of a warrant to remove to another district or place for commitment or trial
16       a person charged with a criminal offense against the United States, or to test the
         validity of such person's detention pending removal proceedings.

17
         (c)    (1) Unless a circuit justice or judge issues a certificate of appealability, an
18              appeal may not be taken to the court of appeals from–

19                  (A) the final order in a habeas corpus proceeding in which the
                    detention complained of arises out of process issued by a State
20                  court; or

21                  (B) the final order in a proceeding under section 2255.

22          (2) A certificate of appealability may issue under paragraph (1) only if the
            applicant has made a substantial showing of the denial of a constitutional right.

23
            (3) The certificate of appealability under paragraph (1) shall indicate which
24          specific issue or issues satisfy the showing required by paragraph (2).

25       If a court denies a petitioner's petition, the court may only issue a certificate of appealability

26   "if jurists of reason could disagree with the district court's resolution of his constitutional claims or

27   that jurists could conclude the issues presented are adequate to deserve encouragement to proceed

28   further." Miller-El, 123 S.Ct. at 1034; Slack v. McDaniel, 529 U.S. 473, 484 (2000).  While the

petitioner is not required to prove the merits of his case, he must demonstrate "something more than the absence of frivolity or the existence of mere good faith on his . . . part." Miller-El, 123 S.Ct. at 1040.

In the present case, the Court finds that reasonable jurists would not find the Court's determination that Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or deserving of encouragement to proceed further.  Petitioner has not made the required substantial showing of the denial of a constitutional right.  Accordingly, the Court hereby DECLINES to issue a certificate of appealability.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 15, 2007, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

3. The Clerk of Court is DIRECTED to enter judgment; and

4. The Court DECLINES to issue a certificate of appealability.

IT IS SO ORDERED.

**Dated:   December 27, 2007**                        **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE